UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PEIFFER WOLF CARR KANE  CIVIL ACTION
CONWAY & WISE, LLP
 NO. 23-6235
VERSUS
 SECTION: "E" (3)
VALLEY FORGE INSURANCE
COMPANY

# ORDER AND REASONS

Before the Court is Plaintiff Peiffer Wolf Carr Kane Conway & Wise, LLP's Motion to Compel and Request for In Camera Inspection (R. Doc. 60).[1] Defendant Valley Forge Insurance Company opposes the Motion but does not object to submitting the subject documents for the Court's review.[2] At oral argument, Defendant agreed to produce Bates-numbered documents **4173–411**, **4438–676**, and **4690–928**. The Court determined in camera review to be appropriate as to the remaining documents. Having conducted its review, the Court has confirmed Defendant properly withheld the following Bates-numbered documents based on privilege or because they relate to the issue of reserves:[3]

> **2734–35**, **3987**, **3993**, **3997**, **4005**, **4008–09**, **4016–18**, **4020–23**, **4025–26**, **4029**, **4172**, **4421–430**, **4431–32**, **4436–37**, **4685–87**, **4688–89**, **4930–31**, **4933–34**, **4943–44**, and **5246**.

---

[1] *See also* R. Doc. 64 (reply memorandum).
[2] R. Doc. 61.
[3] The Court previously sustained Defendant's objection to producing information regarding insurance reserves because Plaintiff had not met its burden of showing such information to be relevant to the claims or defenses in this matter. R. Doc. 47 at 5. The parties confirmed at oral argument that neither seeks reconsideration of that holding.

1

But Defendant must produce unprivileged document **4932**. This correspondence occurred almost a month prior to Plaintiff's threat of commencing this litigation and reflects routine claim commentary.

Accordingly, for the foregoing reasons and those stated on the record at oral argument;

**IT IS ORDERED** that Plaintiff's Motion to Compel (R. Doc. 60) is **GRANTED IN PART** and **DENIED IN PART** as laid out above and that Defendant must produce Bates-numbered documents **4173–411**, **4438–676**, **4690–928**, and **4932** no later than **October 18, 2024**.

New Orleans, Louisiana, this 16th day of October, 2024.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

2