# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEIFFER WOLF CARR KANE CONWAY & WISE LLP** | CIVIL ACTION NO. 2:23-CV-06235 |
| | JUDGE: SUSIE MORGAN |
| **VERSUS** | MAG. JUDGE: EVA J. DOSSIER |
| | SECTION: "E" (3) |
| **VALLEY FORGE INSURANCE COMPANY** | |

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiff, Peiffer Wolf Carr Kane Conway & Wise, LLP (**"Peiffer Wolf"**), and Defendant, Valley Forge Insurance Company (**"Valley Forge"**), and, upon suggesting to the Court that the parties have settled all claims in this matter, respectfully move the Court to enter the enclosed Order dismissing this case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted:

By: */s/ Daniel Centner*
Daniel Centner - LA Bar No. 33055
**Peiffer Wolf Carr Kane**
**Conway & Wise, LLP**
935 Gravier Street, Suite 1600
New Orleans, LA 70112
Ph: 504-605-2234
dcentner@peifferwolf.com

Michael S. Ricci - LA Bar No. 33332
Jonathan Schultis - LABar No. 34974
**Ricci Partners, LLC**
101 W. Robert E. Lee Blvd., Suite 400
New Orleans, LA 70124
Ph: 504-304-7115

*Attorneys for Plaintiff*

1

By: /s/ Jeremy T. Grabill
Jeremy T. Grabill (La. Bar No. 34924)
Katie W. Myers (La. Bar No. 32771)
J. Clark McMillan (La. Bar No. 35907)
Patrick Judd (La. Bar No. 40415)
**Phelps Dunbar LLP**
Canal Place, 365 Canal Street, Ste 2000
New Orleans, LA 70130
Ph: 504-566-1311
jeremy.grabill@phelps.com
katie.myers@phelps.com
clark.mcmillan@phelps.com
patrick.judd@phelps.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 06, 2025, a true and correct copy of the foregoing Joint Motion to Dismiss was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/ Daniel Centner

2