UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEIFFER WOLF CARR KANE CONWAY & WISE LLP** | **CIVIL ACTION NO. 23-6235** |
| | **JUDGE: SUSIE MORGAN** |
| **VERSUS** | **MAG. JUDGE: EVA J. DOSSIER** |
| **VALLEY FORGE INSURANCE COMPANY** | **SECTION: "E" (3)** |

### ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the Joint Motion to Dismiss is **GRANTED** and that Plaintiff's claims in this matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

**New Orleans, Louisiana, this 7th day of January, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**